KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111-2541
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., | Case No. C-09-04979 MHP |
| Plaintiff, | ~~[PROPOSED]~~ PERMANENT INJUNCTION |
| v. | |
| RENE PALEY d/b/a CHEAP-CHANEL-WATCHES.COM; and DOES 1-10, | |
| Defendants. | |

THIS MATTER having come before the Court upon Plaintiff, Chanel, Inc.'s ("Chanel" or "Plaintiff") Motion for Final Default Judgment against Defendant Rene Paley ("Paley" or the "Defendant"), the Court having granted the Motion, does hereby:

ORDER AND ADJUDGE that Defendant Paley, and his respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with him are hereby restrained and enjoined from:

(a)    manufacturing or causing to be manufactured, importing, advertising, or promoting,

1

distributing, selling or offering to sell counterfeit and infringing goods using the Chanel Marks;

  (b) using the Chanel Marks in connection with the sale of any unauthorized goods;

  (c) using any logo, and/or layout which may be calculated to falsely advertise the services or products of cheap-chanel-watches.com, mywatchsky.com, replica-watches-mall.com, wristfavorite.com, zenroad.com, 21cnshoes.com, bagspal.com, chanelwatcheszone.com, led-lighting-cn.com, lovebagclub.com, offerreplicawatches.com, replica-brand-watches.com, replica-watches-swiss.com, sport-shoes-zone.com, tastefulwatch.com, watcheslibrary.com, wristlike.com, and and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel;

  (d) falsely representing himself as being connected with Chanel, through sponsorship or association;

  (e) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Rene Paley, cheap-chanel-watches.com, mywatchsky.com, replica-watches-mall.com, wristfavorite.com, zenroad.com, 21cnshoes.com, bagspal.com, chanelwatcheszone.com, led-lighting-cn.com, lovebagclub.com, offerreplicawatches.com, replica-brand-watches.com, replica-watches-swiss.com, sport-shoes-zone.com, tastefulwatch.com, watcheslibrary.com, wristlike.com, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Chanel;

  (f) using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Rene Paley, cheap-chanel-watches.com, mywatchsky.com, replica-watches-mall.com, wristfavorite.com, zenroad.com, 21cnshoes.com, bagspal.com, chanelwatcheszone.com, led-lighting-cn.com, lovebagclub.com, offerreplicawatches.com, replica-brand-watches.com, replica-watches-swiss.com, sport-shoes-zone.com, tastefulwatch.com, watcheslibrary.com, wristlike.com, and/or any other website or business, including, without limitation, watches, handbags, wallets, sunglasses, belts, shoes, and/or boots;

  (g) affixing, applying, annexing or using in connection with the sale of any goods, a false

description or representation, including words or other symbols tending to falsely describe or represent goods by Rene Paley, cheap-chanel-watches.com, mywatchsky.com, replica-watches-mall.com, wristfavorite.com, zenroad.com, 21cnshoes.com, bagspal.com, chanelwatcheszone.com, led-lighting-cn.com, lovebagclub.com, offerreplicawatches.com, replica-brand-watches.com, replica-watches-swiss.com, sport-shoes-zone.com, tastefulwatch.com, watcheslibrary.com, wristlike.com, and/or any other website or business, as being those of Chanel or in any way endorsed by Chanel;

    (h)    offering such goods in commerce;

    (i)    otherwise unfairly competing with Chanel;

    (j)    secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and

    (k)    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

IT IS SO ORDERED

Dated: _3/25/2010_____

_____
Hon.
UNITED STATES DISTRICT JUDGE



[PROPOSED] PERMANENT INJUNCTION
Case No. C-09-04979 MHP

101129